```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  JOSHUA HILL (CABN 250842)
    Assistant United States Attorney
 5
         1301 Clay Street, Suite 340-S
 6       Oakland, California 94612
         Telephone:  (510) 637-3740
 7       Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
 8
 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0266 PJH |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| ) | |
| v. ) | |
| ) | |
| DONTE TURNER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties appeared for a status conference on May 11, 2010. The matter was continued to May 17, 2010 for formal arraignment and detention hearing. Defense counsel has to prepare a financial affidavit in order to be appointed by the Court. In addition, the government is in the process of producing discovery. Defense counsel will require time to review the discovery. Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between May 11, 2010 and May 17, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 11, 2010 and May 17, 2010

1  from computation under the Speedy Trial Act outweigh the best interests of the public and the
2  defendant in a speedy trial.  Therefore, it is hereby ordered that the time between May 11, 2010
3  and May 17, 2010 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§
4  3161(h)(7)(A) and (B)(iv).

6  DATED: May 12, 2010                              _____
                                                    HONORABLE LAUREL BEELER
7                                                   United States Magistrate Judge

[PROPOSED] ORDER TO EXCLUDE TIME
No. CR-10-0266 PJH                                  -2-