1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340-S
6        Oakland, California 94612
         Telephone:  (510) 637-3740
7        Facsimile:  (510) 637-3724
         E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  UNITED STATES OF AMERICA,         )   No. CR-10-0266 PJH
                                      )
14              Plaintiff,            )   ORDER TO EXCLUDE TIME UNDER
                                      )   THE SPEEDY TRIAL ACT
15         v.                         )
                                      )
16  DONTE TURNER,                     )
                                      )
17              Defendant.            )
                                      )
18

19      The parties appeared for a status conference on June 23, 2010.  The matter was continued

20  to July 21, 2010 for status.  The government has produced a first tranche of discovery and is in

21  the process of producing additional discovery.  Defense counsel will require time to review the

22  discovery and to discuss it with defendant.  Based upon the representation of counsel and for

23  good cause shown, the Court finds that failing to exclude the time between June 23, 2010 and

24  July 21, 2010 would unreasonably deny the government and the defense the reasonable time

25  necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

26  § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the

27  time between June 23, 2010 and July 21, 2010 from computation under the Speedy Trial Act

28  outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, it is

ORDER TO EXCLUDE TIME
CR-10-0266 PJH

1  hereby ordered that the time between June 23, 2010 and July 21, 2010 shall be excluded from
2  computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

4  DATED: July _7_, 2010

                                                                                              _____
HONORABLE DONNA M. RYU
United States Magistrate Judge

ORDER TO EXCLUDE TIME
CR-10-0266 PJH                              -2-