1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3740
7      Facsimile:   (510) 637-3724
       E-Mail:      Joshua.Hill2@usdoj.gov
8

9  Attorneys for Plaintiff

10                           UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                   OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-10-0266-PJH
                                       )
14         Plaintiff,                  )   STIPULATION AND ORDER TO
                                       )   CONTINUE STATUS CONFERENCE
15      v.                             )   AND EXCLUDE TIME UNDER THE
                                       )   SPEEDY TRIAL ACT
16 DONTE TURNER,                       )
                                       )
17         Defendant.                  )
                                       )

18

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Laura Robinson, that the status

21 hearing presently set for July 21, 2010, be continued to August 11, 2010 at 10:00 a.m. for status

22 or change of plea.  The government has produced discovery in this case, which defense counsel

23 continues to review.  The parties agree that the delay is not attributable to lack of diligent

24 preparation on the part of the attorney for the government or defense counsel.  For these reasons,

25 the parties request that time under the Speedy Trial Act be excluded based on the parties' need

26 for reasonable time necessary for effective preparation, taking into account the exercise of due

27 diligence.  The parties agree that the waiver covers all time between July 21, 2010 and August

28 11, 2010.

IT IS SO STIPULATED:

Dated: July 20, 2010

                /S/
LAURA ROBINSON
*Attorney for Defendant*

Dated: July 20, 2010

                /S/
JOSHUA HILL
Assistant United States Attorney

**ORDER**

    GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for July 21, 2010 is hereby rescheduled for August 11, 2010 at 10:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between July 21, 2010 and August 11, 2010 would unreasonably deny the government and the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 21, 2010 and August 11, 2010 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between July 21, 2010 and August 11, 2010 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: July 20, 2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Donna M. Ryu]*

HONORABLE DONNA M. RYU
United States Magistrate Judge